UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELMER RODRIGUEZ,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:24-cv-00032-ART-CSD<br><br>ORDER |

　　　　In this habeas corpus action, the petitioner, Elmer Rodriguez, who is represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by May 28, 2024. (*See* ECF No. 7.) On May 28, Rodriguez filed a motion for extension of time (ECF No. 10) requesting a 59-day extension of time, to July 26. Rodriguez's counsel states that the extension of time is necessary because of the time it is taking to communicate with the petitioner about the amended petition and to draft the amended petition. This would be the first extension of this deadline. Rodriguez's counsel represents that the respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///
///
///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion to Extend Time (ECF No. 10) is granted. Petitioner will have until and including July 26, 2024, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

DATED THIS 13th day of June 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE