UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELMER RODRIGUEZ,<br><br>                    Petitioner,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                    Respondents. | Case No. 3:24-cv-00032-ART-CSD<br><br>ORDER |

In this habeas corpus action, after an initial period of 90 days and then a 59-day extension, the petitioner, Elmer Rodriguez, who is represented by appointed counsel, was due to file an amended petition for writ of habeas corpus by July 26, 2024. (*See* ECF Nos. 7, 12.) On July 26, Rodriguez filed a motion for extension of time (ECF No. 13) requesting a further 60-day extension of time, to September 24. Rodriguez's counsel states that the extension of time is necessary because of the time it is taking to communicate with the petitioner about the amended petition. Rodriguez's counsel represents that the respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Petitioner's Motion to Extend Time (ECF No. 13) is granted. Petitioner will have until and including September 24, 2024, to file an

///
///
///
///
///
///

1

amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

DATED THIS 2nd day of August 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE