UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELMER VALENTIN SANCHEZ-RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>Respondents. | Case No. 3:24-cv-00032-ART-CSD<br><br>ORDER |

In this habeas corpus action, the petitioner, Elmer Vanentin Sanchez-Rodriguez, represented by appointed counsel, filed an amended habeas petition on August 2, 2024. (ECF No. 15.) After an initial period of 60 days (*see* ECF No. 7), and a 50-day extension of time (ECF No. 21), Respondents' response to the amended petition was due on November 25, 2024. On November 22, 2024, Respondents filed a motion for extension of time (ECF No. 22) requesting a further 60-day extension of time, to January 24, 2025. Respondents' counsel states that the extension of time is necessary because of their obligations in other cases and because of their medical/health issues. Respondents' counsel represents that Sanchez-Rodriguez does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will grant the extension of time as requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 22) is granted. Respondents will have until and including January 24, 2025, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set

forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

Dated this 25th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE