UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELMER VALENTIN SANCHEZ-RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>Respondents. | Case No. 3:24-cv-00032-ART-CSD<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss on January 17, 2025. (ECF No. 28.) Petitioner Elmer Valentin Sanchez-Rodriguez, represented by appointed counsel, filed an opposition to the motion to dismiss on March 14, 2025. (ECF No. 29.) Respondents were then due to file a reply by April 14, 2025. (*See* ECF No. 7 (scheduling order).) On April 14, Respondents filed a motion for extension of time (ECF No. 31) requesting an eight-day extension, to April 22, 2025. Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Sanchez-Rodriguez does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///
///
///
///
///
///

1

1     It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 31) is granted. Respondents will have until and including April 22, 2025, to file a reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

Dated this 15th day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE