UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ELMER VALENTIN SANCHEZ-RODRIGUEZ, | Case No. 3:24-cv-00032-ART-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents were due on December 8, 2025, to file their answer. (*See* ECF No. 34.) On December 8, Respondents filed a motion for extension of time (ECF No. 35) requesting a 30-day extension, to January 7. Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Petitioner Elmer Valentin Sanchez-Rodriguez, who is represented by appointed counsel, does not oppose the extension of time. The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 35) is granted. Respondents will have until and including January 7, 2026, to file an answer. In all other respects, the schedule for further proceedings set forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

DATED THIS 10th day of December, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1