UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELMER VALENTIN SANCHEZ-RODRIGUEZ, | Case No. 3:24-cv-00032-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents were due on January 7, 2026, to file their answer. (*See* ECF Nos. 34, 36.) On January 7, Respondents filed a motion for extension of time (ECF No. 37) requesting a 16-day extension, to January 23. Respondents' counsel states that this extension is necessary because of their obligations in other cases. Counsel represents that Petitioner Elmer Valentin Sanchez-Rodriguez, who is represented by appointed counsel, does not oppose the extension of time. The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 37) is granted. Respondents will have until and including January 23, 2026, to file an answer. In all other respects, the schedule for further proceedings set forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

DATED THIS 12th day of January, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE