UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELMER VALENTIN SANCHEZ-RODRIGUEZ, | Case No. 3:24-cv-00032-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the respondents filed their answer on January 23, 2026. (ECF No. 41.) Petitioner Elmer Valentin Sanchez-Rodriguez, who is represented by appointed counsel, was then due to file a reply to the answer by March 9. (*See* ECF No. 7 (45 days for reply)). On March 9, Sanchez-Rodriguez filed a motion for extension of time (ECF No. 43) requesting a 60-day extension, to May 8. Sanchez-Rodriguez's counsel states that the extension is necessary because of their obligations in other cases. Counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Petitioner's Motion to Extend Time (ECF No. 43) is granted. Petitioner will have until and including May 8, 2026, to file a reply. In all other respects, the schedule for further proceedings set forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

DATED THIS 13th day of March, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1