UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELMER VALENTIN SANCHEZ-RODRIGUEZ,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:24-cv-00032-ART-CSD

ORDER

In this habeas corpus action, the respondents filed their answer on January 23, 2026. (ECF No. 41.) After a 45-day initial period and a 60-day extension, Petitioner Elmer Valentin Sanchez-Rodriguez, who is represented by appointed counsel, was to file a reply by May 8, 2026. (*See* ECF Nos. 7, 44.) On May 8, Sanchez-Rodriguez filed a motion for extension of time (ECF No. 45) requesting a further 60-day extension, to July 7, 2026. Sanchez-Rodriguez's counsel states that this extension is necessary because of their obligations in other cases. Counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

It is therefore ordered that Petitioner's Motion to Extend Time (ECF No. 45) is granted. Petitioner will have until and including July 7, 2026, to file a reply. In all other respects, the schedule for further proceedings set forth in the order entered February 26, 2024 (ECF No. 7) will remain in effect.

DATED THIS 11th day of May 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1